UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X

ROGER FIGUEROA,

                        Plaintiff,

                                        ORDER OF DISMISSAL

      - against -                      CV 2007-2773 (SJ)(MDG)

UNITED STATES OF AMERICA,

                        Defendant.

- - - - - - - - - - - - - - - - - - - X

The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party, but with leave to re-open if the settlement agreement is not consummated and application for reinstatement is made within forty-five days of the date of this Order.

Dated: Brooklyn, New York
       December 17, 2008

s/b Judge Johnson

_____
STERLING JOHNSON, JR.
UNITED STATES DISTRICT JUDGE